## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

CALEB A. DIAL,

                Plaintiff,

vs.                              **CASE NO. 2022-cv-00316**

KEITH HIGGINBOTHAM
(Individually and in his capacity as a Police Officer for the Milton Police Department and the City of Milton, West Virginia)

and

MILTON POLICE DEPARTMENT
(a West Virginia Corporation political subdivision)

and

CITY OF MILTON, WEST VIRGINIA
(a West Virginia municipality)

and

JOHN DOE 1-5

                Defendants.

### DEFENDANTS' MOTION TO DISMISS

COMES NOW, the Defendants, Keith Higginbotham, Milton Police Department, and City of Milton, West Virginia, by and through their counsel, John W. Burns, Esquire, and Gordon Rees Scully Mansukhani, LLP and pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, hereby moves that this Honorable Court dismiss Plaintiff's claims. In support of this Motion, Defendants rely upon their Memorandum of Law filed contemporaneously herewith.

WHEREFORE, for the reasons set forth fully in their Memorandum of Law in support of its Motion to Dismiss and pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure,

Defendants respectfully move this Honorable Court to enter an Order granting Defendants' Motion to Dismiss, dismiss Plaintiff's claims, and grant such other relief as this court deems just and proper.

                Respectfully submitted,

                **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ John W. Burns*_____
     John W. Burns (WV Bar #10439)
     707 Grant Street, Suite 3800
     Pittsburgh, PA  15219
     T: 412-577-7400
     F: 412-347-5461
     jburns@grsm.com
     *Counsel for Defendants, Keith Higginbotham, Milton Police Department, and City of Milton, West Virginia*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September  6  , 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served it upon the following counsel of record for all interested parties via the Court's CM/ECF system:

Tyler C. Haslam
Haslam Law Firm, LLC
Post Office Box 585
Huntington, WV 25701
tyler@haslamlawfirm.com
*Counsel for Plaintiff*

Bradley D. Dunkle
Dunkle Law, PLLC
314 9th Street, Suite 100C
Huntington, WV 25701
bdunkle@dunklewv.com
*Counsel for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ John W. Burns*
John W. Burns (WV Bar #10439)
707 Grant Street, Suite 3800
Pittsburgh, PA  15219
jburns@grsm.com
(412) 577-7400

1283718/70253662v.1